Joseph Haase et al., appellants, v. The People of the State of Illinois ex rel. Birel Milburn et al., appellees. Gen. No. 8,764.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

La Forgee, Samuels & Miller, O'Hair & McClain and F. C. Van Sellar, for appellants. Walter S. Lamon, State's Attorney, Wilber H. Hickman and Craig & Craig, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.